Case 5:21-cv-00472-OLG   Document 18   Filed 04/19/22   Page 1 of 1

**FILED**
April 19, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **WELQUIS LOPEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** § § § § | |
| *Plaintiff,* § § | |
| v. § | CIVIL ACTION NO. 5:21-cv-00472-OLG |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** § § § § | |
| *Defendant.* § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Welquis Lopez ("Plaintiff") and Defendant Portfolio Recovery Associates LLC ("Defendant") have announced to the Court that all matters in controversy against Defendant have been resolved. A Stipulation of Dismissal with Prejudice ("Stipulation") has been signed and filed with the Court. Having considered the Stipulation, the Court makes and delivers the following ruling:

It is **ORDERED** that the claims and causes of action against Defendant by Plaintiff are hereby dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

SO ORDERED this  19th  day of   April      2022.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE